IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00124-REB-KLM

KEYONIA EDWARDS,

    Plaintiff,

v.

DIVERSIFIED COLLECTIONS SERVICES, INC., a California corporation,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion for Entry of Protective Order** [Docket No. 6; Filed March 30, 2010] (the "Motion").

    As an initial matter, the parties are reminded the all papers submitted to the Court must be double-spaced. D.C.COLO.LCivR 10.1E.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

    Dated: April 5, 2010